# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH BORDONARO,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>CHASE BANK, NATIONAL ASSOCIATION, et al.,<br><br>　　　　　　Defendants. | Case No. 2:16-cv-00961-GMN-NJK<br><br>ORDER |

Pending before the Court is notice of settlement between Plaintiff and Defendant JPMorgan Chase Bank, N.A. Docket No. 47. Plaintiff and Defendant have resolved their dispute on an individual basis, and anticipate filing a stipulation of dismissal with prejudice within 60 days. *Id.* The Court **GRANTS** Plaintiff's request to vacate all pending dates and filing requirements as to Defendant JPMorgan Chase Bank, N.A. The Court **ORDERS** Plaintiff and Defendant JPMorgan Chase Bank, N.A. to file a stipulation of dismissal, no later than January 17, 2017.

IT IS SO ORDERED.

Dated: November 16, 2016

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge