DARREN BRENNER, ESQ.
Nevada Bar No. 8386
REX D. GARNER, ESQ.
Nevada Bar No. 9401
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brennner@akerman.com
Email: rex.garner@akerman.com

*Attorneys for Defendant Bank of America, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOSEPH BORDONARO,<br><br>  Plaintiff,<br><br>v.<br><br>CHASE BANK NATIONAL ASSOCIATION; ONEWEST BANK, NATIONAL ASSOCIATION; BANK OF AMERICA, N.A.; FRANKLIN CAPITAL FINANCIAL SERVICES; EQUIFAX INFORMATION SERVICES, LLC; AND EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>  Defendants. | Case No. 2:16-cv-00961-GMN-NJK<br><br>**NOTICE OF DISASSOCIATION** |

Bank of America, N.A. (**BANA**) hereby provides notice Miles N. Clark, Esq., is no longer associated with the law firm of Akerman LLP. **BANA** requests Mr. Clark be removed from the CM/ECF service list.

///

///

///

///

///

//

{40463635;1}

Akerman LLP will continue to represent **BANA** and requests DARREN T. BRENNER, ESQ., and REX D. GARNER, ESQ. receive all future notices.

Respectfully submitted, this 17th day of January, 2017.

                **AKERMAN LLP**

                /s/ *Rex D. Garner, Esq.*
                DARREN T. BRENNER, ESQ.
                Nevada Bar No. 8386
                REX D. GARNER, ESQ
                Nevada Bar No. 9401
                1160 Town Center Drive, Suite 330
                LAS VEGAS, NEVADA 89144

## COURT APPROVAL

IT IS SO ORDERED.

Date: January 18, 2017

                _____
                UNITED STATES MAGISTRATE JUDGE