# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

JOSEPH BORDONARO,

        Plaintiff(s),

v.

CHASE BANK, NATIONAL ASSOCIATION, et al.,

        Defendant(s).

Case No. 2:16-cv-00961-GMN-NJK

**ORDER**

    All of the Defendants have been dismissed except Franklin Capital Financial Services. Plaintiff obtained a default against Franklin Capital on July 26, 2016, *see* Docket No. 32, but has not since prosecuted that claim. No later than July 6, 2017, Plaintiff shall file either dismissal papers or a motion for default judgment against Franklin Capital.

    IT IS SO ORDERED.

    Dated: June 22, 2017

                                                NANCY J. KOPPE
                                               UNITED STATES MAGISTRATE JUDGE